ROMAN WARD, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Opinion Filed March 4, 1914.

When the evidence as to the premeditated design is insufficient, a death sentence will be reversed.

Writ of Error to Circuit Court for Liberty County; J. W. Malone, Judge.

Judgment reversed.

*Adams & Rowe,* for Plaintiff in Error;

*T. F. West,* Attorney General, and *C. O. Andrews,* for the State.

COCKRELL, J.—We are unwilling to affirm the death sentence pronounced against Roman Ward upon the very scant evidence in this record.

Other than the fact that one Ed Smith was killed by a gunshot wound inflicted by Ward, all the testimony in the case comes from Ward who took the stand in his own behalf. The evidence now before us is not sufficiently strong as to the elements of a premeditated design.

The State may upon another trial adduce further evidence, and we shall not undertake an analysis of that now before us.

Judgment reversed.

SHACKLEFORD, C. J., AND TAYLOR, HOCKER AND WHITFIELD, J. J., concur.